UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 17, 2012

No. 10-3138

UNITED STATES OF AMERICA

v.

ABDUL KARIEM MUHAMMUD,
a/k/a Gerald Rogers

Abdul Kariem Muhammud,
                                                            Appellant

(E.D. Pa. No. 07-cr-00062)

Present:  SCIRICA, ROTH and BARRY, Circuit Judges

Motion by Appellee to Publish Opinion entered September 28, 2012.

Respectfully,
Clerk/cjg

_____ORDER_____
The foregoing motion is GRANTED.

By the Court,

**/s/Maryanne Trump Barry**
Circuit Judge

Dated: November 5, 2012
CJG/cc: Mary E. Crawley, Esq.
          Annette Verdesco, Esq.